**Ralph E. JOHNSON, Jr.; Virginia Darden, Plaintiffs–Appellants,**

v.

**David E. BOONE; David E. Boone, Incorporated, a Virginia corporation; Boone, Beale, Cosby, and Long, a professional corporation; Boone, Beale, Cosby, and Long, an unincorporated partnership, Defendants–Appellees.**

No. 10–1114.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 6, 2010.

Ralph E. Johnson, Jr., Virginia Darden, Appellants pro se.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph E. Johnson, Jr., and Virginia Darden appeal the district court's order dismissing their complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(i), (ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Boone*, No. 3:09–cv–00808–HEH (E.D.Va. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*